1 | Franklin J. Love, Bar #80334

2 | 800 South Barranca Avenue, Suite 100

3 | Covina, CA 91723

4 | Telephone-626-653-0455

5 | 

6 | Fax-626-653-0465

7 | Email-office@fjlovelaw.com

8 | Attorney for Defendant, CMRE

9 | Financial Services, Inc.

10

11

12 |             UNITED STATES DISTRICT COURT

13 |           SOUTHERN DISTRICT OF CALIFORNIA

14

15 | CHAD & COURTNEY PROVO          )   CASE NO. 15-CV-0081-JM-BGS

16 |                                )      NOTICE OF MOTION AND

17 |            PLAINTIFF           )      MOTION FOR STAY OF

18 |                                )      PROCEEDINGS

19 |                                )

20 | VS                             )

21 |                                )

22 | RADY CHILDREN'S HOSPITAL       )

23 | SAN DIEGO; CMRE FINANCIAL      )   DATE: July 20, 2015

24 | SERVICES, INC                  )     TIME: 10:00 AM

25 |                                )

26 |            DEFENDANT           )   PLACE: COURTROOM 5D

27 | _____  )   JUDGE JEFFREY T. MILLER

28 | Notice is hereby given that Defendant, CMRE Financial Services, Inc.

-1-

NOTICE OF MOTION AND MOTION FOR STAY OF PROCEEDINGS

1 | moves this Court for an Order of Stay of Proceedings until the United States
2 | Supreme Court issues a final order as to the question presented in the case of
3 | Spokeo v. Robins, 13-1339.  A case in which a Writ of Certiorari was granted
4 | and the case will be briefed, argued and submitted for decision in this coming
5 | October, 2015 term.   It is submitted that the outcome of this decision has the
6 | potential to divest the Plaintiffs of any standing before this court.  In such a
7 | circumstance, this Court's valuable time will not be expended and the parties
8 | to this action will not be required to spend their time, attorney fees and costs
9 | in litigating a claim that would be effectively moot.
10 |

The Motion will be heard on July 20, 2015 at 10:00 AM in Courtroom
5D of this court located at 211 West Broadway, San Diego, California.

Said Motion will be based upon this notice, the attached Memorandum of
Points and Authorities, and upon such  other oral or  documentary evidence as
may  be  presented at the time of the hearing.

Dated:  June 15, 2015                              _____

FRANKLIN J. LOVE

ATTORNEY FOR DEFENDANT,

CMRE FINANCIAL SERVICES,

INC.

-2-

NOTICE OF MOTION AND MOTION FOR STAY OF PROCEEDINGS