UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD and COURTNEY PROVO,<br><br>                              Plaintiff,<br><br>v.<br><br>RADY CHILDREN'S HOSPITAL - SAN DIEGO; and CMRE FINANCIAL SERVICES, INC.,<br><br>                              Defendant. | Case No.:  15cv81 JM(BGS)<br><br>**ORDER REQUESTING BRIEFING IN LIGHT OF** <u>**SPOKEO, INC. V. ROBINS**</u>**, 578 U.S. __ (2016)** |

On July 29, 2015, the court granted Defendant CMRE Financial Services, Inc. ("CMRE")'s motion to stay the action pending resolution of the petition for writ of certiorari in <u>Robins v. Spokeo, Inc.</u>, 742 F.3d 409 (9th Cir. 2014).  (Doc. No. 31).   On May 16, 2016, the United States Supreme Court issued a Slip Opinion in this matter.  <u>See</u> <u>Spokeo, Inc. v. Robins</u>, 578 U.S. __ (2016).  On the same day, Defendant CMRE submitted Notice of U.S. Supreme Court's Decision, and a request for dismissal with prejudice.  (Doc. No. 33).  Plaintiffs filed a joint objection to Defendant's Notice and request for dismissal without prejudice, requesting that Defendant CMRE file a noticed motion with points and authorities so that Plaintiffs can respond appropriately.  (Doc. No. 16).

1

1 | The court denied Defendant's request for dismissal, without prejudice.  Defendant shall obtain a hearing date and file a noticed motion with points and authorities, in accordance with Local Civil Rules.

IT IS SO ORDERED.

DATED: May 16, 2016

_____
JEFFREY T. MILLER
United States District Judge